AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| New Richmond Parents for Strong Schools, UA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-316 |
| School District of New Richmond Board of Education | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Richmond Parents for Strong Schools, UA                                                 .

Date:     04/10/2026

s/ Daniel P. Lennington
*Attorney's signature*

Daniel P. Lennington, WI Bar No. 1088694
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202

*Address*

dan@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

**Print**      **Save As...**                    **Reset**