AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| New Richmond Parents for Strong Schools, UA, | ) |
| *Plaintiff* | ) |
| v. | ) |
| School District of New Richmond Board of Education | ) |
| *Defendant* | ) |

Case No.    3:26-CV-316

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

School District of New Richmond Board of Education                                    .

Date:    05/05/2026

/s/ Trevor S. Helmers
*Attorney's signature*

Trevor S. Helmers, WI Bar No. 1096386
*Printed name and bar number*

333 S. 7th St., Ste. 2800
Minneapolis, MN 55402

*Address*

trevor.helmers@raswlaw.com
*E-mail address*

(612) 436-4300
*Telephone number*

(612) 436-4340
*FAX number*