AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| New Richmond Parents for Strong Schools, UA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-CV-316 |
| School District of New Richmond Board of Education | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

School District of New Richmond Board of Education                                    .

Date:    06/12/2026

*Theo M. Britton*
*Attorney's signature*

Theo M. Britton, MN Bar No. 0506743
*Printed name and bar number*

333 S. 7th St., Ste. 2800
Minneapolis, MN 55402

*Address*

theo.britton@raswlaw.com
*E-mail address*

(612) 436-4300
*Telephone number*

(612) 436-4340
*FAX number*