UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

New Richmond Parents for Strong Schools, UA.,

     Plaintiff,

v.

School District of New Richmond Board of Education,

     Defendant.

Case No. 3:26-CV-316-wmc

**DEFENDANT'S MOTION TO DISMISS**

---

TO:    The above-named Court and Plaintiff, by and through its attorneys.

    Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant hereby moves the Court for an Order dismissing all claims asserted against them in the above-referenced matter.

    Specifically, the Defendant requests the following relief:

1.    Dismissal with prejudice of the claims asserted in Counts One through Three; and

2.    Any other relief this court deems appropriate

Said motion is based on all the files, records and proceedings herein, including the pleadings, the Defendant's memorandum of law, and any affidavits, exhibits or other records permitted for purposes of reviewing a motion under Rule 12(b)(6).

1

Dated: June 12, 2026

**SQUIRES, WALDSPURGER & MACE, P.A.**

By: */s/ Trevor S. Helmers*

Trevor S. Helmers, Atty. No. 1096386
Elizabeth J. Vieira, Atty. No. 1137795
Theo M. Britton, MN Atty. No. 506743
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
trevor.helmers@raswlaw.com
liz.vieira@raswlaw.com
theo.britton@raswlaw.com

**ATTORNEYS FOR DEFENDANTS**

2