UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| New Richmond Parents for Strong Schools, UA., | Case No. 3:26-CV-316-wmc |
| Plaintiff, | |
| v. | **DECLARATION OF THEO M. BRITTON** |
| School District of New Richmond Board of Education, | |
| Defendant. | |

---

I, Theo M. Britton, state and declare as follows:

1. I am an attorney licensed to practice in the State of Minnesota and before the Federal District Court for the Western District of Wisconsin. I represent Defendant in this matter, and make this declaration based on my personal knowledge.

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the School District of New Richmond's current Policy 2260 – Nondiscrimination and Access to Equal Educational Opportunity.

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of the School District of New Richmond's current Policy 5517 – Student Anti-Harassment.

4. Attached to this Declaration as **Exhibit 3** is a true and accurate copy of the Meeting Minutes for the February 10, 2026, Special Meeting of the School District of New Richmond Board of Education.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed in Hennepin County, Minnesota on June 12, 2026.

*/s/ Theo M. Britton*
Theo M. Britton