**Special Meeting: Pupil Nondiscrimination and District Facilities Use 5:00 PM at NRHS Auditorium (Tuesday, February 10, 2026)**
*Generated by Janelle K Millin*

**1. Welcome - 5:00 p.m.**
- A. Call to Order - Chair Schafer
- B. Roll Call
  - **School Board Members Present:** Kent Elkin, Ben Engelhart, Tim Kufus, Neal Melby, Bryan Schafer, Greg Gartner, Marilyn Duerst via Zoom
  - **School Board Members Absent:**
  - **Administration Present:** Troy Miller
  - **Others Present:** Janelle Millin-Board Secretary, Mic Waldspurger-District Attorney

**2. Agenda - 5:05 p.m.**
- A. Approval of Agenda

**Motion by Neal Melby, seconded by Kent Elkin, to approve the February 10, 2026 special meeting agenda as presented. Motion carried, 7-0.**

**Ben Engelhart moved to amend the agenda to allow a representative for Tom Tiffany to speak. No members seconded the motion. Motion failed.**

**3. Opening Remarks - 5:10 p.m.**
- A. General Directive of the Meeting

**4. Informational Presentation - 5:15 p.m.**
- A. Overview of Title IX
- B. Summary of Case Law
- C. Privacy Rights & Communication
- D. Board Member Q&A of Legal Counsel

**5. SDNR Title IX Adoptions - 6:15 p.m.**
- A. History of SDNR Title IX Adoptions

**6. Public Comment - 6:30 p.m.**
- A. Guidelines for Public Comment
- B. Public Comment

**Motion by Ben Engelhart, seconded by Tim Kufus, to extend the time for public comment by an additional hour, making the total time for public comment two hours. Motion carried, 7-0.**

**7. Board Discussion/Action - ~~7:30 p.m.~~ 8:30 p.m.**
- A. Board Discussion/Action

**Motion by Ben Engelhart, seconded by Greg Gartner, to adopt the presented board policy of student privacy in restrooms and locker rooms effective immediately.**

**Vote by show of hands: Elkin-No, Engelhart-Yes, Gartner-Yes, Kufus-No, Melby-No, Schafer-No, Duerst-Abstain. Motion failed.**

**Motion by Greg Gartner, seconded by Ben Engelhart, to receive the presented policy for consideration as a preliminary draft and follow standard procedures for Board review of the policy.**

**Vote by show of hands: Elkin-No, Engelhart-Yes, Gartner-Yes, Kufus-Yes, Melby-Yes, Schafer-No, Duerst's vote was not heard. Motion carried, 4-2.**

**Ben Engelhart moved to have the original agenda items that he presented be added to the next board meeting on February 17th. Agenda items include putting a short-term stop to current procedures and an investigation into how we got here.**

**Request will be taken into consideration.**

**8. Adjournment - ~~8:30 p.m.~~ 9:00 p.m.**
- A. Motion to Adjourn

**Motion by Neal Melby, seconded by Kent Elkin, to adjourn. Motion carried, 6-1.**

**EXHIBIT 3**