**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

NEW RICHMOND PARENTS FOR STRONG
SCHOOLS, UA.,

      Plaintiff,

v.                                                                    Case No. 3:26-cv-00316

SCHOOL DISTRICT OF NEW RICHMOND
BOARD OF EDUCATION,

      Defendant.

---

**MOTION FOR LEAVE TO FILE A NON-PARTY BRIEF ON BEHALF OF
*AMICUS CURIAE* GSAFE**

---

Under the District Court's broad discretion to permit participation by *amicus curiae* where it may assist the Court, Gay Straight Alliance for Safe Schools, Inc., "GSAFE" respectfully moves for leave to file the coming brief as *amicus curiae* in support of Defendant regarding Defendant's Motion to Dismiss.

In support of this motion, *amicus* states as follows:

1. GSAFE is a Madison, Wisconsin-based non-profit organization dedicated to creating safe, inclusive, and supportive school environments for LGBTQ+ youth across the state. GSAFE does this by supporting Gay-Straight Alliances, training educators, and advancing educational justice.

2. GSAFE's decades of experience working with students, parents, and schools provides insight as to how a biological-sex bathroom mandate would negatively impact the internal and external acceptance of LGBTQ+ students across the state.

3. The amicus brief will demonstrate how a biological-sex bathroom mandate would disproportionately impact the LGBTQ+ community and create a hate-filled learning environment at an important time during  children's development.

4. The proposed amicus brief will be submitted before the Court has ruled on the pending motion. GSAFE requests a filing deadline of June 29th, 2026. Allowing the filing will not delay the proceedings or prejudice any party. GSAFE does not seek to expand the issues before the Court, submit evidence outside the record, or otherwise alter the briefing schedule the Court has currently set.

5. Counsel for GSAFE has received support of counsel for Defendant to file this motion.

For the foregoing reasons, *amicus* respectfully requests that this Court grant its motion for leave to file the following non-party brief.

Dated June 18th, 2026.                                    Respectfully submitted,


                                    s/
                                    JADE HALL
                                    State Bar No. 1105384
                                    jhall@aclu-wi.org

                                    RYAN V. COX
                                    State Bar No. 1140899
                                    rcox@aclu-wi.org

                                    ACLU of Wisconsin Foundation
                                    207 E. Buffalo Street, Suite 325
                                    Milwaukee, WI 53202
                                    Tel.: (414) 272-4032
                                    Fax: (414) 272-0182


                                    *Attorneys for* Amicus Curiae *Gay
                                    Straight Alliance for Safe Schools*