UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

New Richmond Parents For Strong
Schools, UA.,

        Plaintiff,

v.

School District of New Richmond Board
Of Education,

        Defendant.

Case No. 3:26-cv-316wcm

**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE**

---

The above-captioned parties, by their attorneys, hereby stipulate as follows:

1. Defendant has brought a motion to dismiss in response to Plaintiff's Complaint;

2. The parties desire a briefing schedule different from that set forth by the Court on June 12, 2026;

Therefore, the parties agree and request:

A. That, pursuant to its inherent authority, the Court enter an order setting the following briefing schedule:

    i. Pursuant to Federal Rule of Civil Procedure 12 (a)(1)(A)(ii), Defendant filed its Motion to Dismiss, Memorandum of Law in Support of Its Motion, and Declaration (with Exhibits) on June 12, 2026.

ii. On or before July 24, 2026, Plaintiff will file its Memorandum of Law in Opposition to Defendant's Motion, and Affidavits or Declarations in opposition thereof, and any Proposed Order;

iii. On or before August 14, 2026, Defendants will file their Reply Memorandum in Support of Their Motion.

FOR THE PLAINTIFF:

**WISCONSIN INSTITUTE FOR LAW & LIBERTY**

Dated: June 29, 2026

*/s/ Cory J. Brewer*
Daniel P. Lennington, Atty. No. 1088694
Cory J. Brewer, Atty. No. 1105913
Lauren L. Greuel, Atty. No. 1127844
1241 North Franklin Place
Milwaukee, WI 43202
Phone: (414) 727-9455
Dan@will-law.org
Cbrewer@will-law.org
Lauren@will-law.org

**ATTORNEYS FOR PLAINTIFF**

FOR THE DEFENDANT

**SQUIRES, WALDSPURGER & MACE P.A.**

Dated: June 29, 2026

*/s/ Theo M. Britton*
Trevor S. Helmers, Atty. No. 1096386
Elizabeth J. Viera, Atty. No. 392521
Theo M. Britton, Atty. No. 506743
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
Fax: (612) 436-4340
liz.viera@raswlaw.com
theo.britton@raswlaw.com

**ATTORNEYS FOR DEFENDANT**