**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

NEW RICHMOND PARENTS FOR STRONG
SCHOOLS, UA.,

     Plaintiff,

v.                                                              Case No. 3:26-cv-00316

SCHOOL DISTRICT OF NEW RICHMOND
BOARD OF EDUCATION,

     Defendant.

**AMENDED MOTION FOR LEAVE TO FILE A NON-PARTY BRIEF ON
BEHALF OF *AMICUS CURIAE* GSAFE**

Under the District Court's broad discretion to permit participation by *amicus curiae* where it may assist the Court, Gay Straight Alliance for Safe Schools, Inc., "GSAFE" respectfully moves for leave to file the attached brief as *amicus curiae* in support of Defendant regarding Defendant's Motion to Dismiss.

In support of this motion, *amicus* states as follows:

1. GSAFE is a Madison, Wisconsin-based non-profit organization dedicated to creating safe, inclusive, and supportive school environments for LGBTQ+ youth across the state. GSAFE does this by supporting Gay-Straight Alliances, training educators, and advancing educational justice.

2. GSAFE's decades of experience working with students, parents, and schools provides insight as to how a biological-sex bathroom mandate would negatively impact the internal and external acceptance of LGBTQ+ students across the state.

3. The amicus brief demonstrates how a biological-sex bathroom mandate would disproportionately impact the LGBTQ+ community and foster a hate-filled learning environment at an important time during children's development.

4. The proposed amicus brief is submitted before the Court has ruled on the pending motion. Allowing the filing will not delay the proceedings or prejudice any party. GSAFE does not seek to expand the issues before the Court, submit evidence outside the record, or otherwise alter the briefing schedule the Court has currently set.

5. Counsel for GSAFE has received support of counsel for Defendant to file this motion. For the foregoing reasons, *amicus* respectfully requests that this Court grant its motion for leave to file the attached non-party brief.

Dated July 17th, 2026.                                    Respectfully submitted,

<div style="margin-left:50%;">

s/ Jade Hall
JADE HALL
State Bar No. 1105384
jhall@aclu-wi.org

RYAN V. COX
State Bar No. 1140899
rcox@aclu-wi.org

ACLU of Wisconsin Foundation
207 E. Buffalo Street, Suite 325
Milwaukee, WI 53202

*Attorneys for* Amicus Curiae *Gay Straight Alliance for Safe Schools*

</div>