**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

NEW RICHMOND PARENTS FOR STRONG
SCHOOLS, UA.,

     Plaintiff,

v.                                                                            Case No. 3:26-cv-00316

SCHOOL DISTRICT OF NEW RICHMOND
BOARD OF EDUCATION,

     Defendant.

---

**(PROPOSED) ORDER GRANTING LEAVE TO FILE A NON-PARTY BRIEF ON BEHALF OF *AMICUS CURIAE* GSAFE**

---

This matter having come before the Court by motion of proposed amicus curiae Gay Straight Alliance for Safe Schools, Inc. ("GSAFE"), seeking leave to file a brief amicus curiae in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

IT IS HEREBY ORDERED:

The Motion to File an Amicus Curiae Brief in Support of Plaintiffs is GRANTED.

Dated this ___ day of ___, 2026.