WILL
1241 N FRANKLIN PLACE
MILWAUKEE WI 53202
WILL-LAW.ORG
414.727.9455

September 23, 2026

**Via Electronic Filing**
**The Honorable William M. Conley**
**United States District Court – Western District of Wisconsin**

Re: *New Richmond Parents for Strong Schools, UA, v. School District of New Richmond Board of Education*
Case No. 3:26-cv-316-wmc

Dear Judge Conley:

Plaintiff writes briefly in response to Defendant's September 16, 2026, letter regarding *Doe v. Mukwonago Area School District*, No. 23-cv-876, 2026 U.S. Dist. LEXIS 202005 (E.D. Wis. Sept. 8, 2026).

*Mukwonago* does not hold that the plaintiff's equal protection claim succeeds on the merits. Rather, the court held only that the claim could proceed beyond the pleadings, expressly recognizing that the ultimate question of whether the district's policy satisfies intermediate scrutiny remains to be resolved at summary judgment or trial.

As Plaintiff explained in its opposition to Defendant's motion to dismiss, the Supreme Court's intervening decisions in *United States v. Skrmetti*, 605 U.S. 495 (2025), and *West Virginia v. B.P.J.*, 146 S. Ct. 2356 (2026), substantially altered the governing equal protection analysis and undermine the reasoning of *Whitaker v. Kenosha Unified School District*, 858 F.3d 1034 (7th Cir. 2017), and *A.C. v. Metropolitan School District of Martinsville*, 75 F.4th 760 (7th Cir. 2023). *Mukwonago*, a district court decision denying judgment on the pleadings, does not resolve that question for this court.

Respectfully Submitted,

Cory J. Brewer

Cory J. Brewer
Deputy Counsel