AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| New Richmond Parents for Strong Schools, UA, *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-316 |
| School District of New Richmond Board of Education *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Richmond Parents for Strong Schools, UA .

Date: 11/05/2026

s/ Nathalie E. Burmeister
*Attorney's signature*

Nathalie E. Burmeister, WI Bar No. 1126820
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202
*Address*

nathalie@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

Print Save As... Reset