UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| New Richmond Parents for Strong Schools, UA.,<br><br>Plaintiff,<br><br>v.<br><br>School District of New Richmond Board of Education,<br><br>Defendant. | Case No. 3:26-CV-316-WMC<br><br>**DEFENDANT'S MOTION TO STAY DISCOVERY** |

TO: The above-named Court and Plaintiff, by and through its attorneys.

Defendant, School District of New Richmond Board of Education, by and through their attorneys, respectfully move this Court pursuant to Federal Rule of Civil Procedure 26(c) and the Court's inherent authority to stay all discovery obligations in this matter pending the resolution of Defendant's pending Motion to Dismiss [ECF No. 10]. In support of this motion, Defendant states as follows:

1. On June 12, 2026, Defendant filed a comprehensive Motion to Dismiss [ECF No. 10] pursuant to Fed. R. Civ. P. 12(b)(6).
2. Under Seventh Circuit and Western District of Wisconsin practice, the filing of a dispositive motion does not automatically stay discovery. However, this Court possesses broad discretion under Rule 26(c) to issue a protective order staying discovery to prevent undue burden, expense, and a waste of judicial resources when a case is highly likely to be dismissed.

3. Proceeding with discovery at this juncture would subject both parties to significant and unnecessary expense. If the Court grants Defendant's Motion to Dismiss, all such expenditures will have been entirely wasted.

4. Plaintiff will suffer no unfair prejudice or tactical disadvantage by a brief stay. The evidence is stable, and a stay will simply conserve the resources of the parties and this Court while the threshold legal sufficiency of the Complaint is evaluated.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order staying all discovery and discovery-related deadlines in this matter pending a final ruling on Defendant's Motion to Dismiss.

Dated: November 6, 2026

**SQUIRES, WALDSPURGER & MACE, P.A.**

By: *<u>/s/ Trevor S. Helmers</u>*

Trevor S. Helmers, Atty. No. 1096386
Elizabeth J. Vieira, Atty. No. 1137795
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
trevor.helmers@raswlaw.com
liz.vieira@raswlaw.com

**ATTORNEYS FOR DEFENDANT**