UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| New Richmond Parents for Strong Schools, UA.,<br><br>Plaintiff,<br><br>v.<br><br>School District of New Richmond Board of Education,<br><br>Defendant. | Case No. 3:26-CV-316-WMC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

PLEASE TAKE NOTICE that, Theo M. Britton of Squires, Waldspurger & Mace, P.A., 333 South Seventh Street, Suite 2800, Minneapolis, MN 55402, hereby withdraws as counsel for defendant School District of New Richmond Board of Education. Attorneys Trevor S. Helmers and Elizabeth J. Vieira of Squires, Waldspurger & Mace, P.A. will continue to serve as counsel for the Defendant.

Dated: November 6, 2026

**SQUIRES, WALDSPURGER & MACE, P.A.**

By: */s/ Trevor S. Helmers*

Trevor S. Helmers, Atty. No. 1096386
Elizabeth J. Vieira, Atty. No. 1137795
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
trevor.helmers@raswlaw.com
liz.vieira@raswlaw.com

**ATTORNEYS FOR DEFENDANT**