UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NEW RICHMOND PARENTS FOR STRONG SCHOOLS, UA.,

Plaintiff,

v. Case No. 3:26-cv-316

SCHOOL DISTRICT OF NEW RICHMOND BOARD OF EDUCATION,

Defendant.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff New Richmond Parents for Strong Schools, UA., hereby demands a trial by jury on all issues so triable in the above-captioned action.

Dated: November 23, 2026

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*s/Cory J. Brewer*

Daniel P. Lennington
Cory J. Brewer
Lauren L. Greuel
Nathalie E. Burmeister

1241 North Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Dan@will-law.org

Cbrewer@will-law.org
Lauren@will-law.org
Nathalie@will-law.org

Attorneys for Plaintiff